# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Wichita Falls Division*

**FILED**
AUG 10 2009
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Kenneth Wade Lynch
Plaintiff

v.

Debit & ATM
Defendant

Civil Action No. 7-09-CV-127

I am sewing for $50,000,000.00 against Debit & $50,000,000.00 against ATM

## COMPLAINT

My money was stolen out of a debit machine & they have people stealing money from the machines I filed a verbal law suit on them & they verbaly clam that I won the law suit Suit on the telephone now I want a cash settelment for my civil law suit for the the left of my money I filed a complaint with the Law in Fort Worth Texas and it is well known that I won the verbal law suit the man on the phone with social security said I won the law suit & the man on the recording on bell telephone payphone recording said I won the law suit

I am sewing for $50,000,000.00 each I would like to request that all of thier assets be frozen until the case is settled

Date

Signature: Kenneth Wade Lynch
Print Name: Kenneth Wade Lynch
Address: General Delivery
City, State, Zip: Whichata Falls Texas 76301
Telephone: None

Wire transfers
+ cash
ATM Machine