**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **KENNETH WADE LYNCH,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 7:09-CV-127-O** |
| | ) | |
| **DIRECT EXPRESS,** | ) | |
| **Defendant.** | ) | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the

Findings and Recommendation of the United States Magistrate Judge (Doc. # 8) in accordance

with 28 U.S.C. § 636(b)(1),  I am of the opinion that the Findings and Recommendation of the

Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

SO ORDERED this 14th day of September, 2009.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**